## Wechsler *v.* Minnotte, Appellant.

Argued October 2, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused January 12, 1965.

*Vincent M. Casey,* with him *Margiotti & Casey,* for appellant.

*Leonard Boreman,* for appellee.

OPINION PER CURIAM, November 24, 1964:

We have considered all of appellant's contentions—including the alleged variance between the allegata and probata—in the light of the 207 page Record and the authorities cited by each party, and find no merit in any of his contentions.

Judgment affirmed.